UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al., | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:13-CV-402 |
| Thomas A. Hall Excavating and Contracting Company, Inc. | : Judge Watson<br>: Magistrate Judge King |
| Defendant. | : |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice; provided, however, that nothing in this order bars Plaintiffs from auditing periods after May, 2013 and enforcing any findings.

SO ORDERED.

_____
~~UNITED STATES DISTRICT JUDGE~~

N M King, USM Judge

APPROVED:

s/Steven L. Ball
_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road, Suite 1
Columbus, Ohio 43220
614/447-8550
Trial Attorney for Plaintiffs

s/David L. Drechsler
_____
David L. Drechsler (0042620)
Buckingham, Doolittle & Burroughs, LLP
1375 East Ninth Street, #1700
Cleveland, Ohio 44114-1790
216/621-5300
Attorney for Defendant